## STATE OF LOUISIANA *v.* THE DISTRICT JUDGE OF THE PARISH OF JEFFERSON.

The Supreme Court will not grant a *mandamus*, where it does not appear that the subject matter, with respect to the amount involved, falls within its jurisdiction.

THIS was an application for a *mandamus*, to compel the district judge of the Third Judicial District, to grant an order for the sale of perishable goods, which had been attached.   The petition for the *mandamus* did not state the value of the goods.

By the court:

SLIDELL, J.   It does not appear that the subject matter with respect to the amount involved, falls within the jurisdiction of this court.   See *Pligue* v. *Bellome*, 2d Ann. 293.   It is unnecessary, therefore, to say, whether the decision of the district judge presents a case for relief by *mandamus*.

Let the application be dismissed, at the costs of the appellant.